IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiffs, | 8:13CR65 |
| vs. | ORDER |
| JORGE GARCIA, | |
| Defendant. | |

Defendant Jorge Garcia appeared before the court on Tuesday, October 10, 2017 on a Petition for Warrant or Summons for Offender Under Supervision [70]. The defendant was represented by Assistant Federal Public Defender Michael F. Maloney, and the United States was represented by Assistant U.S. Attorney Gregory D. Artis, Jr. The government did not request detention, therefore, the Defendant was not entitled to a preliminary examination. The defendant was released on current terms and conditions of supervision.

I find that the Report alleges probable cause and that the defendant should be held to answer for a final dispositional hearing before Chief Judge Smith Camp.

**IT IS ORDERED:**

1. A final dispositional hearing will be held before Chief Judge Smith Camp in Courtroom No. 2, Third Floor, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska, on December 7, 2017 at 11:00 a.m. Defendant must be present in person.

2. The defendant is released on current conditions of supervision and the Order Setting Conditions of Release [78].

Dated this 10th day of October, 2017.

BY THE COURT:

s/ Michael D. Nelson
United States Magistrate Judge