# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>JORGE GARCIA,<br><br>        Defendant. | 8:13CR65<br><br>ORDER |

The government has filed a Motion to Dismiss the Petition for Offender Under Supervision [76]. For that reason, the motion is granted.

IT IS ORDERED:

1. The Petition for Offender under Supervision [70] is dismissed, without prejudice.

Dated this 17th day of October, 2017.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge