# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>    vs.<br><br>JORGE GARCIA<br><br>                Defendant. | 8:13CR65<br><br>ORDER |

The government has filed a Motion to Dismiss [Filing No. 100] the Petition for Offender Under Supervision [Filing No. 85]. For that reason, the motion is granted.

IT IS ORDERED:

1. The Petition for Offender Under Supervision [Filing No. 85], filed herein, is dismissed, without prejudice.

Dated this 20th day of December 2018.

BY THE COURT:

s/ Laurie Smith Camp
Senior United States District Judge