IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiffs,<br><br>vs.<br><br>JORGE GARCIA,<br><br>    Defendant. | 8:13CR65<br><br>**ORDER** |

  The defendant appeared before the Court on March 13, 2020 for a Detention Hearing regarding Petition for Offender Under Supervision [102]. Michael Maloney represented the defendant. Kimberly Bunjer represented the government.

  The government did not move for detention because they will be filing a Motion to Dismiss the Petition for Offender Under Supervision [102].

  The defendant shall be released on the current terms and conditions of supervision.

Dated this 13th day of March, 2020.

                  BY THE COURT:

                  s/ Susan M. Bazis
                  United States Magistrate Judge