IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 8:13CR65 |
| vs. | ORDER FOR DISMISSAL |
| JORGE GARCIA, | |
| Defendant. | |

This matter is before the Court on Plaintiff's Motion to Dismiss (Filing No. 128) the Petition for Warrant or Summons for Offender Under Supervision (Filing No. 102). The Court finds the motion should be granted. Accordingly,

IT IS ORDERED:

1. The Plaintiff's Motion to Dismiss (Filing No. 128) is granted and the Petition for Offender Under Supervision (Filing No. 102) is dismissed.

Dated this 17th day of March 2020.

BY THE COURT:

s/ Laurie Smith Camp
Sr. United States District Judge